YURI MIKULKA, SBN 18592 6
(ymikulka@sycr.com)
SARAH S. BROOKS, SBN 266292
(sbrooks@sycr.com)
BRADLEY E. MARRETT, SBN 288079
(bmarrett@sycr.com)
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660-6422
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100

Attorneys for Plaintiff and Counter-defendant
SPORT DIMENSION, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SPORT DIMENSION, INC., a California Corporation, <br><br> Plaintiff, <br><br> THE COLEMAN COMPANY, INC., a Delaware Corporation, <br><br> Defendants. <br><br> THE COLEMAN COMPANY, INC., a Delaware Corporation, <br><br> Counter-claimant, <br><br> vs. <br><br> SPORT DIMENSION, INC., a California Corporation, <br><br> Counter-defendant. | CASE NO. 2:14-cv-00438-BRO-MRW <br><br> Hon. Michael R. Wilner <br> Courtroom:  14 <br><br> **DECLARATION OF YURI MIKULKA IN SUPPORT OF CLAIM CONSTRUCTION BRIEF** <br><br><br> **Claim Construction Hearing:** <br><br> Date:  November 17, 2014 <br> Time:  1:30 p.m. |

1

**DECLARATION OF Y. MIKULKA ISO CLAIM CONSTRUCTION BRIEF**

I, Yuri Mikulka, declare:

1.     I am an attorney duly licensed to practice before all the courts of the State of California and am a shareholder at Stradling Yocca Carlson & Rauth, counsel of record for Plaintiff Sport Dimension, Inc.  I have personal knowledge of the matters set forth herein and if called upon as a witness would testify thereto.

2.     Attached hereto as **Exhibit A** is a Claim Chart that lists the disputed features and each party's position.

3.     Attached hereto as **Exhibit B** is a true and correct copy of U.S. Patent No. D623,714 ("the D'714 Patent") (SD000159-161).

4.     Attached hereto as **Exhibit C** is a true and correct copy of photographs of Puddle Jumper (SD000004-6);

5.     Attached hereto as **Exhibit D** is a true and correct copy of photographs of the accused product Sport Dimension's Child PFD (SD001261 and SD001263);

6.     On December 27, 20006, the utility patent application called Personal Flotation Device was filed, with Ralph Steger identified as the sole inventor ("Steger utility patent application").  Attached hereto as **Exhibit E** is a true and correct copy of the utility patent application, Pub. No. US2008/0160849 (SD000481-487).

7.     On December 17, 2008, the PTO issued a final rejection to the Steger utility patent application.  Attached hereto as **Exhibit F** is a final Claim Rejection by the PTO (Coleman 0000055-59).  The PTO cited various reasons for the rejection, including that the claims were unpatentable over prior art Kierner (DE 3539529) in view of prior art Kent US 4,555,234, among others.

8.     Attached hereto as **Exhibit G** is a true and correct copy of prior art Kierner patent DE3539528, which was cited by the PTO in rejecting the utility patent application.  *See* Coleman0000161-66.

1

**DECLARATION OF Y. MIKULKA ISO CLAIM CONSRUCTION BRIEF**
LITIOC/2104731v1/102566-0002

9. Also as **Exhibit H** is a true and correct copy of prior art U.S. Patent No. 4,555,234, which was cited by the PTO in rejecting the utility patent application.

10. In May 2009, Coleman applied for a design patent entitled "Personal Flotation Device, citing Ralph Steger as the inventor. See **Exhibit K** referenced below at Coleman 0000330-339. The design patent was a continuation of the Steger utility patent application and ultimately issued as the D'714 Patent. *See* **Exhibit J** referenced below at Coleman 0000247 regarding the Application Relationship.

11. In January 2010, the PTO issued a claim rejection citing indefiniteness and non-enablement as basis for rejection. Attached hereto as **Exhibit I** is a true and correct copy of the  January 2010 Claim Rejection of the D'714 Patent by the United States Patent & Trademark Office ("PTO") (Coleman 00254-261).

12. In March 2010, Coleman's in-house intellectual property counsel Kelly Elsea submitted a response to the Office Action providing remarks and replacement drawing to resolve the issues of indefiniteness and non-enablement raised by the PTO. Attached hereto as **Exhibit J** is a true and correct copy of the Applicant's response (Coleman 00000241-253).

13. Attached hereto as **Exhibit K** is a true and correct copy of file history of the D'714 Patent (Coleman0000340-339).

14. Attached hereto as **Exhibit L** is a true and correct copy of the Steger utility patent application file history (Coleman 0000047-207).

15. Attached hereto as **Exhibit M** is a true and correct copy of relevant portions of the October 2, 2014 Deposition of inventor Ralph Steger.

16. Attached hereto as **Exhibit N** is a true and correct copy of the Ralph Steger's Linkedin profile, Exhibit 2 of October 2, 2014 Steger Deposition;

1

**DECLARATION OF Y. MIKULKA ISO CLAIM CONSRUCTION BRIEF**

17. Attached hereto as **Exhibit O** is a true and correct copy of relevant portions of the September 29-30, 2014 deposition of Stuart Meether, Coleman's Fed.R.Civ.P.30(b)(6) designee.

18. Attached hereto as **Exhibit P** is a true and correct copy of the Underwriters Laboratory File ("UL File") for Puddle Jumper, File MQ29 (Coleman 000650-682).

19. Attached hereto as **Exhibit Q** is a true and correct copy of Coleman's Second Supplemental Objections and Responses to Interrogatories in which Coleman concedes that Mr. Steger is the only person who has knowledge of the conception and reduction to practice of the patent.

20. Attached hereto as **Exhibit R** (Coleman000626-630) is a true and correct copy of Coleman's marketing materials.

21. Attached hereto as **Exhibit S** (Coleman0000405-414) is a true and correct copy of Coleman's internal marketing study).

22. Attached hereto as Exhibit **T** is a true and correct copy of the printout of the first page of http://en.wikipedia.org/wiki/Personal_flotation_device.

23. Attached hereto as **Exhibit U** is a true and correct copy of Coleman's claim construction disclosure.

24. The parties have now exchanged two sets of discovery requests, exchanged documents, and have taken depositions, including the deposition or Ralph Steger, the inventor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 20, 2014          _____/s/ Yuri Mikulka_____

                                                      Yuri Mikulka

**DECLARATION OF Y. MIKULKA ISO CLAIM CONSRUCTION BRIEF**
LITIOC/2104731v1/102566-0002