# "EXHIBIT A"

**EXHIBIT A: PLAINTIFF'S OPENING BRIEF**

I. **CLAIM CONSRUCGTOIN OF U.S. PATENT NO. D623,714 (the "D'714 Patent")**

| Claim | Sport Dimension's Proposed Construction and Support[1] | Coleman's Proposed Construction and Support |
|---|---|---|
| **Figures 1-8:**<br><br>FIG. 8 | 1. **Armbands**<br>(Functionality)<br><br>**Proposed Construction:**<br>*The armbands are functional and not ornamental.*<br><br>**Basis:** They cannot work with the armbands. They are designed to meet the required buoyancy standards, for safety, secure fit, comfort and to serve as a swim aid. *See* D'714 Patent (SD 000159-161); Steger Dep.; US. Coast Guard and UL Standards; UL file (Coleman 0000650-685); Coleman marketing materials; Ex. M (Steger Dep.); Ex. C (Puddle Jumper photos); Ex. G Kierner patent DE3539528); D'714 Patent; Exs. K-L (file history); Susan Balistreri Opinions ¶; graphics and demonstratives as necessary and other cited evidence in the brief and declarations. | The ornamental design for a personal flotation device as shown in Figs. 1-8. The broken line showing is for illustrative purposes only and forms no part of the claimed design.<br><br>The Court should refrain from addressing alleged "functionality" in claim construction.<br><br>There is a single claim in the D'714 patent.<br><br>*See* D'714 patent; other portions of cited evidence to provide completeness and clarity, if necessary; visual depictions of USCG certified PFDs. |

---

[1] As fact discovery is still ongoing, Sport Dimension reserves the right to supplement this to the extent additional information is discovered.

| **Figures 1-8:**  FIG. 8 | 2. **Armbands**<br>(Functionality)<br><br>**Proposed Construction:** *The armband attachments and placement are functional and not ornamental.*<br><br>**Basis:** Because they prevent armbands from slipping off, and are required for performance, comfort and fit.<br><br>*See* D'714 Patent (SD 000159-161); Steger Dep.; US. Coast Guard and UL Standards; UL file (Coleman 0000650-685); Coleman marketing materials; Ex. M (Steger Dep.); Ex. C (Puddle Jumper photos); Ex. G Kierner patent DE3539528); D'714 Patent; Exs. K-L (file history); Susan Balistreri Opinions ¶; graphics and demonstratives as necessary and other cited evidence in brief and declarations. | The ornamental design for a personal flotation device as shown in Figs. 1-8. The broken line showing is for illustrative purposes only and forms no part of the claimed design.<br><br>The Court should refrain from addressing alleged "functionality" in claim construction.<br><br>There is a single claim in the D'714 patent.<br><br>*See* D'714 patent; other portions of cited evidence to provide completeness and clarity, if necessary; visual depictions of USCG certified PFDs. |

2

| Figures 1-8 | 3. **Armbands Tapering** (Functionality) | |
|---|---|---|
|  | **Proposed Construction:** *The tapering of the armbands is functional and not ornamental.*<br><br>**Basis:** Because it is necessary for fit, ease of movement, manufacturing, comfort, secure fit, and it naturally forms that design.<br><br>*See also* Ex. M (Steger Dep.); Ex. C (Puddle Jumper photos); Ex. G (Kierner patent DE3539528); D'714 Patent; Exs. K-L (file history); Susan Balistreri Opinions ¶; graphics and demonstratives as necessary and other cited evidence in brief and declarations. | |

3

| Figures 1-5: | 4. **Side Torso** (Functionality) **Proposed Construction:** *The tapering of the sides is functional and not ornamental.* **Basis:** The downward slope of the sides is functional and not ornamental in that it is necessary to fit the PFD underneath the user's arms and to promote movement. *See* Representative figures in the first column; Ex. I (PTO claim Rejection, Coleman 00000255-261, p. 2); Ex. J, (Response and replacement drawings, Coleman 00000241-253, Figures 1-2); D'714 Patent; Exs. K-L (file history); Susan Balistreri Opinions ¶; Ex. M (Steger Dep.); Ex. P (UL file) for Puddle Jumper; graphics and demonstratives as necessary and other cited evidence in brief and declarations. | The ornamental design for a personal flotation device as shown in Figs. 1-8. The broken line showing is for illustrative purposes only and forms no part of the claimed design. The Court should refrain from addressing alleged "functionality" in claim construction. There is a single claim in the D'714 patent. *See* D'714 patent; other portions of cited evidence to provide completeness and clarity, if necessary; visual depictions of USCG certified PFDs. |
|---|---|---|

4

| Figures 1-8 | 5. **Armband Attachment** (Prosecution Disclaimer) | The ornamental design for a personal flotation device as shown in Figs. 1-8. The broken line showing is for illustrative purposes only and forms no part of the claimed design. |
|---|---|---|
|  | **Proposed construction:** ==The armbands are attached vertically with a triangular shaped material attached to the body of the personal flotation device.== <br><br>**Basis:** Applicant amended the drawing to add a triangular shaped material consistently. <br><br>*See* Representative figures in the first column; Ex. I (PTO claim Rejection, Coleman 00000255-261, p. 5); Ex. J, (Response and replacement drawings, Coleman 00000241-253, Figures 1-2); D'714 Patent; Exs. K-L (file history); graphics and demonstratives as necessary. | There is a single claim in the D'714 patent. <br><br>*See* D'714 patent; other portions of cited evidence to provide completeness and clarity, if necessary. |

| **Figures 1-8** | 6. **Armband Edges** (Prosecution Disclaimer) | The ornamental design for a personal flotation device as shown in Figs. 1-8. The broken line showing is for illustrative purposes only and forms no part of the claimed design. |
|---|---|---|
|  | **Proposed Construction:** *The armbands are curved at the ends and do not include hard edges.* **Basis:** The edges in the original drawings were removed from the replacement drawings in response to the PTO's claim rejection of the D'714 Patent. *See* Representative figures in the first column; Ex. I (PTO claim Rejection, Coleman 00000255-261, p. 5); Ex. J, (Response and replacement drawings, Coleman 00000241-253, Figures 1-2); D'714 Patent; Exs. K-L (file history); Susan Balistreri Opinions ¶; graphics and demonstratives as necessary and other cited evidence in brief and declarations.. | There is a single claim in the D'714 patent. *See* D'714 patent; other portions of cited evidence to provide completeness and clarity, if necessary. |

| **Figures 1-8**  | 7. **Armbands Tapering**<br>(Prosecution Disclaimer)<br><br>**Proposed Construction:** *The armbands gradually taper thinner and symmetrically on both sides on the bottom portion of the Armbands.*<br><br>**Basis:** The tapered configuration was added consistently in the replacement drawings in response to the PTO's claim rejection of the D'714 Patent.<br><br>*See* Representative figures in the first column; Ex. I (PTO claim Rejection, Coleman 00000255-261, p. 4); Ex. J, (Response and replacement drawings, Coleman 00000241-253, Figures 4-5); D'714 Patent; Exs. K-L (file history); Susan Balistreri Opinions ¶; graphics and demonstratives as necessary and other cited evidence in brief and declarations. | The ornamental design for a personal flotation device as shown in Figs. 1-8. The broken line showing is for illustrative purposes only and forms no part of the claimed design.<br><br>The Court should refrain from addressing alleged "functionality" in claim construction.<br><br>There is a single claim in the D'714 patent.<br><br>*See* D'714 patent; other portions of cited evidence to provide completeness and clarity, if necessary; visual depictions of USCG certified PFDs. |

| **Figures 1-6:**  | 8. **No Vertical Edges** (Prosecution Disclaimer)<br><br>**Proposed Construction:** <mark>*There is no gathering of vertical edges at the point where the PFD torso and armbands attach.*</mark><br><br>**Basis:** The vertical edges in the original drawings were removed from the replacement drawings in response to the PTO's claim rejection of the '714 Patent.<br><br>*See* Fig. 6 in the original drawings and replacement drawings in the first column;<br><br>*See* Representative figures in the first column; Ex. I (PTO claim Rejection, Coleman 00000255-261, p. 2, 5; Ex. J, (Response and replacement drawings, Coleman 00000241-253, Figures 1-8); D'714 Patent; Exs. K-L (file history); Susan Balistreri Opinions ¶; graphics and demonstratives as necessary and other cited evidence in brief and declarations.. | The ornamental design for a personal flotation device as shown in Figs. 1-8. The broken line showing is for illustrative purposes only and forms no part of the claimed design.<br><br>There is a single claim in the D'714 patent.<br><br>*See* D'714 patent; other portions of cited evidence to provide completeness and clarity, if necessary. |

| Figures 1-8: | 9. **Top Front Torso** (Prosecution Disclaimer) | The ornamental design for a personal flotation device as shown in Figs. 1-8. The broken line showing is for illustrative purposes only and forms no part of the claimed design. |
|---|---|---|
| FIG. 2<br><br>FIG. 3 | **Proposed Construction:**<br>==The top of the upper torso is straight across, without a sloped edge or a curve until the point just before where the top of the torso meets the triangular-shaped material connected to the Armbands.==<br><br>**Basis:** The straight configuration was added consistently in the replacement drawings in response to the PTO's claim rejection of the '714 Patent.<br><br>*See* Representative figures in the first column; Ex. I (PTO claim Rejection, Coleman 00000255-261, p. 2); Ex. J, (Response and replacement drawings, Coleman 00000241-253, Figures 1-2); D'714 Patent; Exs. K-L (file history); Susan Balistreri Opinions ¶; Ex. P (UL file) for Puddle Jumper; graphics and demonstratives as necessary and other cited evidence in brief and declarations. | There is a single claim in the D'714 patent.<br><br>*See* D'714 paten; other portions of cited evidence to provide completeness and clarity, if necessary. |

9