# "EXHIBIT A"

# CLAIM CONSTRUCTION

November 17, 2014

Sport Dimension, Inc.
v.
The Coleman Company, Inc.

Case No. 2:14-cv-00438-BRO-MRW

Hon. Beverly Reid O'Connell



# PROSECUTION DISCLAIMERS



## PROSECUTION DISCLAIMERS

During claim construction, "the prosecution history (or file wrapper) limits the interpretation of claims so as to exclude any interpretation that may have been disclaimed or disavowed during prosecution in order to obtain claim allowance."

"A patentee should not be able to assert infringement against a particular design that was abandoned during prosecution for reasons of patentability . . . ."

*See Standard Oil Co. v. American Cyanamid Co.,* 774 F. 2d 448, 452-453 (Fed. Cir. 1985); *Pacific Coast Marine Windshields,* 739 F.3d 694 (Fed. Cir. 2014) (citation omitted).

33

## PROSECUTION DISCLAIMER: TRIANGULAR SHAPED MATERIAL

| Triangular Material at the Armband Attachment | Original Drawings | Replacement Drawings |
|---|---|---|
| **Proposed Construction:** *The armbands are attached vertically with a triangular shaped material attached to the body of the personal flotation device.* (Visible in Figures 1-3) **Basis:** The applicant added the triangular material consistently in the replacement drawings in response to the PTO's claim rejection. | **Office Action Summary:** "The section of the arm floats that attaches to the float for the upper torso shown in Figs. 2 and 3 is not shown in Fig. 1." <br><br> FIG. 1 / FIG. 2 <br> SD000066 | **Replacement Drawing:** The replaced fig. 1 drawing includes a triangular shaped material attached between the armbands and the body of the PFD <br><br> FIG. 1 / FIG. 2 <br> SD000049 |

34

Sport Dimension

# PROSECUTION DISCLAIMER: THE ARMBANDS HAVE NO HARD EDGES

| Armband Edges | Original Drawings | Replacement Drawings |
|---|---|---|
| **Proposed Construction:** *The armbands are curved at the ends and do not include hard edges.* (Visible in Figures 1-3, 6) **Basis:** The applicant removed the edges in Fig. 1 of the replacement drawings for consistency in response to the PTO's claim rejection. | **Office Action Summary:** "The arm floats shown in Figs. 1 and 8 shows a hard edge around the ends of the arm floats, but in Figs. 2, 3, 5, and 7 the edge of the arm floats is curved . . ." SD000066 | **Replacement Drawing:** Note there are no hard edges in Replacement Fig. 1 armbands. SD000049 |

Sport Dimension

35

## PPROSECUTION DISCLAIMER: ARMBANDS ARE TAPERED SYMETRICALLY

| Armbands Tapering | Original Drawings | Replacement Drawings |
|---|---|---|
| **Proposed Construction:** *The armbands gradually taper thinner and symmetrically on both sides on the bottom portion of the Armbands.* (Visible in Figures 1, 4-5) **Basis:** The applicant added the tapered configuration consistently in the replacement drawings in response to the PTO's rejection. | **Office Action Summary:** "The area around the arm float shown in Figs. 1 and 8 has the same thickness around the entire opening, but in Figs. 4 and 5 the same area is much thinner on the inside bottom of the arm float." SD000064 | **Replacement Drawing:** Note the differences in the tapering of the armbands between Original Figs. 4 & 5 and Replacement Fig. 1 SD000049 |

## PROSECUTION DISCLAIMER: NO GATHERING OF VERTICAL EDGES

| No vertical edges | Original Drawings | Replacement Drawings |
|---|---|---|
| **Proposed Construction:** *There is no gathering of vertical edges at the point where the PFD torso and armbands attach.* (Visible in Figure 6)<br><br>**Basis:** The applicant removed the vertical edges in the replacement drawings in response to the PTO's claim rejection. | **Office Action**<br>**Summary:** "The two elements shown on the top of the float in Fig. 6 is not shown in any of the remaining views."<br><br>FIG. 6<br><br>SD000063 | **Replacement Drawing:** Note the lack of gathering between Original Fig. 6 and Replacement Fig. 6<br><br>FIG. 6<br><br>SD000050 |

Sport Dimension

37

## PROSECUTION DISCLAIMERS DURING THE D'714 PATENT PROSECUTION

| Top Front Torso | Original Drawings | Replacement Drawings |
|---|---|---|
| **Proposed Construction:** *The top of the upper torso is straight across, without a sloped edge or a curve until the point just before where the top of the torso meets the triangular-shaped material connected to the Armbands.* (Visible in Figures 1-3, 6-8) **Basis:** The applicant added the straight configuration of the top torso consistently in the replacement drawings in response to the PTO's claim rejection of the '714 Patent. | **Office Action Summary:** "The view in Fig. 1 shows and [sic] edge on the inside top area of the float that is not shown in Fig. 2" FIG. 1 FIG. 2 FIG. 3 SD000065 | **Replacement Drawing:** Note the change from a peaked to straight torso between Original Fig. 1 and Replacement Fig. 1 FIG. 1 SD000049 |

Sport Dimension

# PROPOSED CLAIM CONSTRUCTION



## PROPOSED CONSTRUCTION: PROSECUTION DISCLAIMERS

The D'714 Patent includes the following design features:

- The armbands attached vertically with a triangular shaped material attached to the body of the personal flotation device;

- The armbands curved at the ends and do not include hard edges;

- The armbands gradually taper thinner and symmetrically on both sides on the bottom portion of the Armbands;

- No gathering of vertical edges at the point where the PFD torso and armbands attach; and

- The top of the upper torso of the PFD is straight across, without a sloped edge or a curve until the point just before where the top of the torso meets the triangular-shaped material connected to the armbands."



41

## PROPOSED ALTERNATIVE CLAIM CONSTRUCTION: PROSECUTION DISCLAIMERS

"The following interpretations were disclaimed and must be excluded from the claim of the D'714 Patent:

- Armband attachments without triangular shaped material;
- Hard armband edges;
- Untapered armbands;
- Top torso corners with vertical edge gathering; and
- Top torso that is not straight across."

42


