Michael R. Annis (*pro hac vice*)
mike.annis@huschblackwell.com
Marnie Jensen (*pro hac vice*)
marnie.jensen@huschblackwell.com
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, 6th Floor
St. Louis, Missouri 63105
(314) 480-1500
Facsimile: (314) 480-1505

Attorney for Defendant
THE COLEMAN COMPANY, INC.

Yuri Mikulka
YMikulka@manatt.com
**MANATT, PHELPS & PHILLIPS, LLP**
695 Town Center Drive, 14th Floor
Costa Mesa, California 92626
(714) 338-2722
Facsimile: (714) 371-2553

Attorney for Plaintiff
SPORT DIMENSION, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SPORT DIMENSION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE COLEMAN COMPANY, INC., <br><br> Defendant. | **CASE NO.:** 2:14-cv-00438-BRO-MRW <br><br> Hon. Beverly O'Connell, Courtroom: 14 <br> ORDER ON <br> **DISMISSAL WITH PREJUDICE** |

COME NOW the parties, plaintiff Sport Dimension, Inc. ("Sport Dimension") and defendant The Coleman Company, Inc. ("Coleman"), by and through their respective undersigned counsel, and hereby advise the Court that the parties have resolved all claims and counterclaims in the above-captioned matter and hereby seek dismissal with prejudice of all claims and counterclaims filed in this matter, with each party to bear its own costs and attorneys' fees.

Date: October 14, 2016

Respectfully Submitted,

HUSCH BLACKWELL LLP

By   /s/ Michael R. Annis
Michael R. Annis
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
Telephone: 314-480-1500
Facsimile: 314-480-1505
mike.annis@huschblackwell.com

*Attorney for Defendant The Coleman Company, Inc.*

and

MANATT, PHELPS & PHILLIPS, LLP

By   /s/ Yuri Mikulka
Yuri Mikulka
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Telephone: 714-338-2722
Facsimile: 714-371-2553
YMikulka@manatt.com

*Attorney for Plaintiff Sport Dimension, Inc.*

**IT IS SO ORDERED.**

DATED: October 14, 2016

UNITED STATES DISTRICT JUDGE